1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - -x

5

6  In the Matter of:

7  PT PAN BROTHERS TBK AND GEOFFREY          Main Case No.

8  DAVID SIMMS,                              22-10136-mg

9         Debtors.

10

11  - - - - - - - - - - - - - - - - - - - -x

12

13              United States Bankruptcy Court

14              One Bowling Green

15              New York, New York

16

17              March 8, 2022

18              9:50 AM

19

20

21

22  B E F O R E:

23  HON. MARTIN GLENN

24  CHIEF U.S. BANKRUPTCY JUDGE

25

1

2   Hearing Using Zoom for Government RE: Motion for (I)

3   Recognition of Foreign Nonmain Proceeding, (II) Recognition of

4   Foreign Representative, (III) Recognition of Sanction Order and

5   Related Scheme, and (IV) Related Relief and Additional

6   Assistance Under Chapter 15 of the Bankruptcy Code. (Doc. ## 1

7   to 5, 9 to 11)

8

9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:  Hana Copperman

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (302)263-0885

25  operations@escribers.net

3

1

2  A P P E A R A N C E S (All present by video or telephone):

3  BAKER & MCKENZIE LLP

4      Attorneys for Debtor Geoffrey David Simms

5      452 Fifth Avenue

6      New York, NY 10018

7

8  BY:   FRANK GRESE, ESQ.

9      RICHARD SOLOW, ESQ.

10

11

12  BAKER & MCKENZIE LLP

13      Attorneys for Debtor Geoffrey David Simms

14      1111 Brickell Avenue

15      Suite 1700

16      Miami, FL 33131

17

18  BY:   MARK D. BLOOM, ESQ.

19

20

21

22

23

24

25

4

1

2  BAKER & MCKENZIE WONG & LEOW

3       Attorneys for Debtor PT Pan Brothers Tbk

4       8 Marina Boulevard

5       #05-01 Marina Bay Financial Centre Tower 1

6       Singapore 018981

7       Singapore

8

9  BY:   EMMANUEL CHUA, ESQ.

10

11

12  ALSO PRESENT:

13       GEOFFREY DAVID SIMMS, Foreign Representative of the

14       Debtor

15

16

17

18

19

20

21

22

23

24

25

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

5

1                          P R O C E E D I N G S

2              THE COURT:  Good morning.  This is Judge Glenn.  We're

3    here in PT Pan Brothers Tbk, 22-10136-mg.  It is the foreign

4    representative's motion for a recognition, which is filed at

5    ECF docket number 2.

6              Who is going to begin?

7              MR. BLOOM:  Good morning, Your Honor.  Mark Bloom on

8    behalf of the foreign representative.  With the Court's

9    pleasure, I will begin.

10             THE COURT:  Go ahead, Mr. Bloom.  Nice to see you.

11             MR. BLOOM:  And to see you as well, Your Honor.

12             If I may, I'd like to begin by thanking the Court and

13   the staff for accommodating our request for a morning hearing.

14   The foreign representative, Mr. Simms, and our legal expert,

15   Mr. Chua, are in Indonesia and Singapore, respectively, and so

16   they are on the other side of the world and at the other end of

17   the clock.  So thank you to the Court and to your chambers for

18   accommodating our request.

19             THE COURT:  I certainly welcome them and appreciate

20   their participation by Zoom.  Go ahead, Mr. Bloom.

21             MR. BLOOM:  Thank you, Judge.  So we are here, as the

22   Court referenced, pursuant to the scheduling order, which in

23   addition to today's hearing set a deadline of March 1 for

24   responses and objections to our recognition motion.  No such

25   responses or objections have been received by that deadline, or

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

6

1  for that matter, since.  We filed a certificate of no

2  objection, pursuant to the Local Rules, on March 3rd.  That is

3  docketed as ECF number 11.

4        Especially in light of the absence of any response or

5  objection, perhaps the Court might want me to explain what we

6  did regarding notice of this hearing.

7        THE COURT:  Yes, please.  Go ahead.

8        MR. BLOOM:  At ECF number 10 is our certificate of

9  service, which reflects the service of the petition, the

10  recognition motion and accompanying declarations, the

11  scheduling order and the related documents, all within the time

12  provided in the scheduling order.  I can assure the Court that

13  in effectuating that service we made sure to pay strict and

14  careful adherence to the scheduling order.  In particular, we

15  used the same information agent who provided notice and

16  documents relating to the scheme proceeding in the same manner

17  as the scheme.

18        Exhibit A-1 to our certificate of service is an email

19  exchange with that information agent, Morrow Sodali, reflecting

20  their distribution of the papers that I've mentioned in this

21  case and posting on the scheme website, as described in

22  paragraph 37 of Mr. Chua's declaration.

23        The notice and solicitation efforts undertaken by the

24  information agent in connection with the scheme were successful

25  in obtaining both the widespread participation of each of the

1    four classes of scheme creditors and the overwhelming support

2    of those participating, and so we believe that proceeding in

3    the same manner here was reasonably calculated to effectuate

4    notice of today's hearing and the attendant deadlines, in

5    particular with an eye toward Bankruptcy Rule 2002(p).

6         We made special provision for service on parties-in-

7    interest at foreign addresses where we had no emails for those

8    parties.  We served them by DHL Express Worldwide courier, and

9    in particular I'm referring to parties in the UK, in

10   Luxembourg, and in Singapore.

11        For those reasons, we believe that notice of today's

12   hearing is good and sufficient, and we take it as a positive

13   sign that we've received no responses or objections on the

14   record.

15        In terms of how we would propose to proceed today, of

16   course taking whatever guidance and direction Your Honor may

17   wish to offer, we would propose to offer a somewhat brief

18   presentation to the Court based upon the two declarations and

19   the related exhibits in the record.

20        Those declarations, first, are those of Mr. Simms, ECF

21   number 3.  Mr. Simms, as mentioned, is the foreign

22   representative, who also served as chairman of the Singapore

23   scheme.  There are three exhibits attached to his declaration.

24        Mr. Chua is our Singapore legal expert.  His

25   declaration is in the record as ECF number 4 and attaches to it

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

8

1  a copy of the Singapore Insolvency, Restructuring and

2  Dissolution Act of 2018, with which I know the Court is

3  familiar, and I understand that it is locally referred to as

4  the IRDA, I-R-D-A.

5       As the Court has noted, both of the declarants are

6  present in the courtroom by Zoom, and each is prepared to

7  affirm to the Court that if called to testify, his direct

8  testimony under oath would be as set forth in the declarations.

9       So with regard to whatever procedures Your Honor may

10  deem appropriate, I propose to move the admissions of the

11  declarations into evidence, ask the Court to accept those in

12  lieu of live direct testimony, and perhaps, at the end of my

13  presentation, I can submit them for cross-examination by the

14  Court, if that pleases Your Honor.

15       THE COURT:  Why don't you offer them?  It is my

16  practice typically to take direct testimony in written form in

17  a declaration, so why don't you -- well, I take it you're

18  offering the Simms declaration, ECF 3, and the Chua

19  declaration, ECF number 4; is that correct?

20       MR. BLOOM:  That is correct, Your Honor.

21       THE COURT:  All right.  Since there have been no

22  objections filed and no one else really appearing --

23       Does anybody object to the Court admitting those

24  declarations in evidence?  All right.  Hearing none, the Simms

25  declaration, ECF 3 with its three exhibits, and the Chua

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

9

1    declaration, ECF docket number 4 with the Singapore

2    Restructuring Act attached, are admitted into evidence for

3    purposes of this hearing.

4            Go ahead, Mr. Bloom.

5        (Declaration of Mr. Simms was hereby received into

6    evidence as Debtors' Exhibit, as of this date.)

7        (Declaration of Mr. Chua was hereby received into evidence

8    as Debtors' Exhibit, as of this date.)

9            MR. BLOOM:  Thank you, Your Honor.  Looking to make

10   what I hope will be an appropriate presentation without overly

11   burdening the Court, based upon the fact that we've created, I

12   believe, a fairly extensive record, I'd like to proceed as

13   follows.

14           As mentioned, we seek recognition of the Singapore

15   scheme proceeding as a foreign nonmain proceeding of Mr. Simms

16   as the foreign representative.  And we seek related relief and

17   additional assistance in aid and implementation of the

18   Singapore scheme that was confirmed by the sanction order of

19   the Singapore court entered on January 17th of this year.  That

20   is attached as Exhibit A to our Chapter 15 petition, which of

21   course is ECF number 1.

22           THE COURT:  Let me ask you --

23           MR. BLOOM:  Yes, sir.  Yes, Your Honor.

24           THE COURT:  I would appreciate just some further

25   background about the status of the Singapore proceeding,

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

10

1    whether any proceedings -- has an Indonesian proceeding seeking

2    recognition of the Singapore scheme been filed, and what the

3    status of that is.  But just give me the background, if you

4    would.

5            MR. BLOOM:  Sure.  Sure.  Your Honor, the decision was

6    made here in consultation with creditors for a great many

7    reasons that include the flexibility of the Singapore laws, the

8    worldwide respect enjoyed by the Singapore courts, and frankly,

9    the preferences of a lot of the significant creditors and the

10   rating agencies that were involved here to proceed with a

11   scheme in Singapore in lieu of a PKPU proceeding in Indonesia.

12           There was a creditor that initiated a PKPU proceeding

13   in Indonesia last year.  That was among several steps that

14   prompted the filing of the moratorium applications in the

15   Singapore court that led the Singapore court, after determining

16   that the companies had a substantial connection with Singapore,

17   to grant the moratorium, and the PKPU proceeding was then

18   dismissed.

19           I can defer to Mr. Chua the Court's question regarding

20   whether there is any ongoing effort or contemplated effort to

21   seek recognition of the Singapore scheme proceeding in the

22   Indonesian court, noting for the Court that courts in Indonesia

23   are not terribly quick to grant international comity or

24   recognition to foreign judgments.

25           If I may ask Mr. Chua to respond to the question about

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

11

1    intentions regarding a recognition proceeding in Indonesia?

2           THE COURT:  Please.  That would be good.

3           Mr. Chua?

4           MR. CHUA:  Thank you, Your Honor.  There are no plans

5    at the moment, apart from the present proceedings before Your

6    Honor, to have any other recognition proceeding in any other

7    jurisdictions.  So the only recognition proceeding that's been

8    contemplated and proceeded with at the moment is these current

9    proceedings.

10          THE COURT:  Is there any litigation pending in

11   Indonesia seeking to enforce any creditors' rights in

12   Indonesia?

13          MR. CHUA:  At present, to acknowledge, there isn't.

14   As my learned friend, Mr. Bloom, explained, there was a PKPU

15   application that was filed by a minority creditor that was

16   dismissed by the Indonesian courts on account of, amongst other

17   things, the Singapore proceedings and the fact that there was a

18   moratoria in place.

19          Subsequently, the same minority creditor filed for a

20   bankruptcy proceeding in Indonesia.  Likewise, those

21   proceedings were dismissed and not allowed.

22          So as of today, to our knowledge, there are no live

23   and ongoing proceedings in Indonesia or elsewhere.

24          THE COURT:  Did that minority creditor make an

25   appearance in the Singapore scheme proceeding?

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

12

1      MR. CHUA:  That minority creditor did not.  That said,

2  that creditor did vote in the voting for the present scheme,

3  and in fact, that creditor voted in favor of the present

4  scheme.

5      THE COURT:  All right.  In most places, that would be

6  considered an appearance in submission to the jurisdiction of

7  the Singapore court on the scheme.  But obviously that's not

8  for me to decide, if that ever --

9      All right.  Thank you very much, Mr. Chua.

10      MR. CHUA:  Thank you, Your Honor.

11      THE COURT:  Mr. Bloom?

12      MR. BLOOM:  Just continuing very briefly with a bit of

13  history about the debtor.  Pan Brothers and its subsidiaries,

14  collectively known as the Pan Brothers Group with subsidiaries

15  and joint ventures, operate under a vertically integrated

16  business model with a multinational scope of operations.  They

17  are one of India's largest garment manufacturers, with exports

18  literally all over the world; customers including many of the

19  leading international brands, including Adidas, Uniqlo, The

20  North Face and Polo Ralph Lauren, just to name a few.

21      In order to support those activities, Pan Brothers

22  maintains offices and conducts substantial business activities

23  in key countries around the world, which, of course, brings us

24  to Singapore, which is one of the most essential of those key

25  countries.  As described extensively in Mr. Simms' declaration,

PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS

13

1   paragraphs 19 through 31, three of the debtors' majority owned

2   subsidiaries are incorporated with resident directors in

3   Singapore.  Singapore effectively serves as the hub for the Pan

4   Brothers Group worldwide export operations and provides

5   essential support for the manufacturing operations in

6   Indonesia.

7          The key business operations and decisions in respect

8   of product sourcing and export sales are made at the

9   representative offices, three of them in Singapore.  Those

10  offices account, I am told, for eighty-five percent of the

11  aggregate group sales in the years 2017 through 2020.  The

12  active conduct of business by employees at these offices

13  requires compliance with an array of Singapore labor and

14  employment laws, as well as tax filings and other reports.

15         Notably, the New York law governed the existing notes

16  that are one of the three tranches of debt covered by the

17  scheme, are traded on the Singapore Exchange.  These same

18  factors led the Singapore court to find that the debtor had the

19  required substantial connection to Singapore as a predicate for

20  the grant of the moratorium and acceptance of the scheme

21  proceeding.

22         Giving due regard to these extensive operations and

23  economic presence in Singapore, the undeniable fact remains

24  that the debtors' COMI is in Indonesia.  And so for that

25  reason, it follows that in this Chapter 15 case we offer no

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

14

1    pretense of a COMI in Singapore, and accordingly, seek only

2    foreign nonmain recognition of the Singapore scheme proceeding.

3         We seek that recognition accompanied by the

4    discretionary relief under Section 1521 that Your Honor has

5    held in recent decisions in the Servicos de Petroleo

6    Constellation case, which I understand is referred to among the

7    participants as the QGOG case or cases, but I'm not exactly

8    certain why.

9         THE COURT:  I just call them Constellation.

10        MR. BLOOM:  Constellation it is then, Your Honor.  But

11   as the Court noted there, based upon an interpretation of

12   Section 1521, there really is no reason why the discretionary

13   relief that is available and that can be granted by a court

14   upon foreign main recognition cannot be granted on foreign

15   nonmain recognition.  We believe that that is equally true with

16   respect to additional assistance under Section 1507, and I

17   mention that specifically because Your Honor has held in a

18   series of cases, beginning with Metcalfe and Mansfield, that

19   the more proper vehicle through which to obtain the approval of

20   third-party releases that were approved as part of a foreign

21   reorganization plan is the additional assistance provision of

22   1507, rather than the discretionary relief provision of 1521.

23        In respect of the decision to go to Singapore and how

24   it facilitated and served the interests of the debtor here, the

25   capital structure of the debtor and its affiliates lent itself

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

15

1   well to the Singapore scheme process, in which only scheme

2   creditors were affected.  There were three tranches of funded

3   debt:  the existing notes, which were one class in the scheme;

4   the syndicated facilities, which were a second class in the

5   scheme; and the bilateral facilities, for which the creditors

6   were divided into two classes, one for active bilateral

7   facilities and the other for nonactive facilities.

8          Unlike an Indonesian PKPU process, the Singapore

9   scheme is designed and was effectuated here, so as to have no

10  impact on vendors, creditors, customers, employees or

11  governmental authority authorities in the many countries in

12  which the debtor has operations.

13         The voting requirements for acceptance under Singapore

14  law are similar to those with which the Court is familiar from

15  other systems around the world.  As Mr. Chua's declaration

16  reflects in paragraph 12, acceptance requires the affirmative

17  vote of three-quarters in value and a majority in the number of

18  scheme creditors in each voting class; here, the four classes,

19  as I've mentioned.

20         At paragraph 37 of Mr. Chua's declaration we've

21  inserted a chart that reflects that the scheme was accepted

22  with the overwhelming support of scheme creditors in each of

23  the four classes:  100 percent of the active bilaterals, more

24  than 92 percent of the nonactive bilaterals and syndicated

25  facilities, and importantly, more than 85 percent voting of the

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

16

1    thirty-eight -- I'm sorry -- of the noteholders who accepted 95

2    percent -- thirty-six of thirty-eight voting, holding 95.75

3    percent of the outstanding notes, voted to accept the class.

4    The scheme.

5        It is the existing notes, Your Honor, that are the

6    main point of connection with the U.S.  Candidly, as far as any

7    of us are aware, there really is no U.S. connection in

8    connection with respect of the syndicated and bilateral

9    facilities.  We're not aware of any U.S. participants.  None of

10   the documents in those facilities are governed by New York or

11   any other U.S. law.

12       So what really brings us here, not surprisingly, is

13   the existing notes, which as explained in Mr. Simms'

14   declaration, are governed by New York law, provide for

15   jurisdiction in the federal and state courts of New York, and

16   are backed by parent and subsidiary guaranties that contain

17   similar jurisdiction and choice of law provisions, as does the

18   existing notes indenture.

19       So specifically, we, with the existing notes in mind,

20   but not by way of limitation, we seek recognition, relief and

21   additional assistance under Chapter 15, in order to ensure that

22   the scheme can be implemented and given effect in the U.S.  The

23   restructuring of the notes requires that we seek a permanent

24   injunction in respect of any enforcement action, in respect of

25   the existing notes in the courts of New York, where

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

17

1    jurisdiction lies.

2            I also should mention to the Court that it's a

3    condition precedent to the effectiveness of the scheme that we

4    obtain here, in advance of the March 31, 2022 long stop date, a

5    final order granting recognition, relief and additional

6    assistance as we seek in the recognition motion.  We submitted

7    a proposed form of order to the Court as Exhibit A to that

8    motion, and we offer no changes to that form of order today.

9            In light of our particular focus on the existing

10   notes in filing this Chapter 15 case, if the Court please, I'll

11   limit the remainder of my brief description of the terms of the

12   scheme to address only the treatment of the existing notes, as

13   explained more fully in Mr. Simms' declaration, specifically

14   paragraphs 27, 54(b) and 67(a).

15           The existing notes will be replaced with amended notes

16   with an extended maturity date that is designed so as to align

17   better with the financial projections that were furnished to

18   the scheme creditors in the scheme explanatory statement.  The

19   parent and subsidiary guaranties will be released as to the

20   existing notes, but will carry over to the amended notes in the

21   sense that the parent and the subsidiary guarantors on the

22   existing notes will similarly be obligated on the amended

23   notes.  The amended notes also will continue to be listed on

24   the Singapore Exchange, and noteholders will have materially

25   the same rights against the debtor and the other guarantors

## PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS

1  under the amended notes guaranties.

2         So really, Your Honor, other than an adjustment of the

3  interest payments to align with the cash flow forecast and an

4  extension of the maturity date, there is no change in the

5  noteholders' principal economic and legal rights against the

6  debtor.  No haircut, no reduction in principle for the

7  noteholders on the existing notes, nor, for that matter, on any

8  of the existing facility is encompassed in the scheme.  As our

9  papers attempt to present to the Court, this restructuring was

10 negotiated plain and simple by cash flow issues and not any

11 loss or destruction of value in the Pan Brothers Group

12 enterprises.

13        The third-party releases of the debtors' affiliates,

14 specifically the issuer and the subsidiary guarantors in

15 respect of their obligations relating to the existing notes and

16 facilities, is described in Mr. Chua's declaration at paragraph

17 65 through 71.  Those releases are limited to the scheme claims

18 under the existing notes and existing facilities in

19 consideration of the rights and remedies provided to the scheme

20 creditors under the scheme in the form of the amended notes and

21 other documents to be issued on the other restructured

22 obligations.

23        The releases were to be effectuated by the execution

24 of certain deeds of release, which, as described in paragraph

25 66 of Mr. Chua's declaration, are to be effective under the

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

1    governing law of each obligation.  In the case of the existing

2    notes, that, of course, is the law of New York.

3          Mr. Chua's declaration goes on to explain, at

4    paragraph 67 through 71, that third-party releases are

5    permissible under Singapore law, were clearly disclosed in the

6    scheme documents and accepted by scheme creditors.  And so I

7    would describe those third-party releases as a corollary

8    feature of the replacement of the existing notes with the

9    amended notes on which the third parties will assume liability

10   in the same manner as with respect to the existing notes.

11         Turning briefly, if I may, to the legal analysis in

12   support of the recognition, relief, and additional assistance

13   we seek, first and foremost, within the Second Circuit, we

14   would point out that the debtor satisfies the eligibility

15   requirements under Section 109 and the Barnet decision.  It

16   maintains property in the United States in the form of an

17   undrawn retainer in the Baker & McKenzie trust account in New

18   York, maintained at a bank in this district.  So we satisfy the

19   venue requirements we earned as well.  For good measure, the

20   existing notes and related guaranties and the indenture are

21   governed by New York law and contain New York jurisdictional

22   clauses, thus satisfying the test articulated by Your Honor in

23   Berau Resources and other cases, and followed recently by Judge

24   Lane in the PT Bakrie Telecom case as well.

25         Turning next to the elements of recognition under

20

1  Sections 1515 through 1517, while we deal with them in some

2  detail at pages 17 through 30 of our motion, I would simply

3  highlight for the Court and present that Section 1515 is

4  satisfied by Exhibit A to our petition, which is the January

5  17, 2022 sanction order of the Singapore court bearing the

6  apostille of that court, and thus satisfying the 1515(b)(1)

7  requirement as evidence of existence of the foreign proceeding,

8  and specifically, the appointment of Mr. Simms as the foreign

9  representative for the express purpose of proceeding with this

10 Chapter 15 case.  We believe that the sanction order, as

11 submitted, entitles the foreign representative to the

12 presumptions of Section 1516(a) and (b), and satisfies the

13 requirements for recognition as a foreign nonmain proceeding

14 under Section 1517(a) and (b)(2).

15      On the point of subsection (b)(2) we believe that, as

16 mentioned in the Simms' declaration, the debtor has an

17 establishment in Singapore at which he conducts and engages in

18 substantial nontransitory economic activity within the meaning

19 of Section 1502, as I have described.

20      Turning, if I may, to relief under Section 1521, the

21 grant of that relief, of course, is discretionary with the

22 Court upon recognition of a foreign proceeding.  And as

23 mentioned, Your Honor has held in Constellation that a foreign

24 proceeding that is granted foreign nonmain recognition can be

25 entitled to the same discretionary relief as if it had been

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

21

1  granted a foreign main proceeding.

2          Our motion seeks, and we believe, lays an adequate

3  predicate for the grant of relief under the various subsections

4  of Section 1520(a) including, as I have mentioned, a permanent

5  injunction to support implementation of the scheme, as this

6  Court has issued previously in Avanti, Olinda Star, and Ocean

7  Rig.  The cases, among others, that we cite at paragraph 73

8  through 74 of our recognition motion, where we also address and

9  satisfy the injunction standard applicable in the Second

10  Circuit.

11          We don't contemplate any further proceedings before

12  the Court.  We propose to seek a quick closing of the case

13  after the recognition order and implementation of the scheme,

14  but I will get to that, if necessary, in a moment.

15          With respect to the relief we request under Section

16  1521, I should mention Section 1522 and our view that the grant

17  of the proposed relief satisfies the requirement of 1522 that

18  the interests of creditors and other interested parties be

19  sufficiently protected.  As mentioned, only scheme creditors

20  are affected.  They received extensive notice of the scheme

21  proceedings dating back to the circulation of an initial term

22  sheet as early as June of 2021.  Mr. Chua's declaration at

23  paragraph 32 through 35 reflects the efforts of the information

24  agent, as supplemented by publication, to ensure that the

25  scheme materials, at various stages, were submitted and

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

1   circulated widely to scheme creditors and made available on a

2   website, all in compliance with the statutory notice

3   requirements of the Singapore IRDA, and leading, as mentioned,

4   to the substantial participation by scheme creditors in the

5   scheme, as well as their overwhelming acceptance in all four

6   classes.

7           On the issue of third-party releases, just to touch on

8   the legal standard of Section 1507, as mentioned previously and

9   described in the Chua declaration, the releases were fully

10  disclosed in the submissions, the explanatory statement and

11  related scheme documents.  And they are available, Mr. Chua

12  indicates, and would elaborate further, under Singapore law.

13          Mr. Chua can supplement his declaration and confirm on

14  the record his view that a Singapore court would continue to

15  uphold the concept of third-party releases as recognized in the

16  Singapore Court of Appeals pre-IRDA decision of Daewoo

17  Singapore v. CEL Tractors.  Mr. Chua relies on that case for a

18  series of other propositions at paragraphs 47 to 50 of his

19  declaration and can confirm today that based upon review of

20  that case he believes that a Singapore court would continue to

21  uphold the concept of third-party releases as available in a

22  scheme proceeding under the IRDA.

23          The overwhelming acceptance of all four classes of the

24  scheme creditors, we think, also supports approval of the

25  third-party releases under the scheme as a matter of additional

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

1   assistance under Section 1507.  And I hasten to add there that

2   as with other cases in which similar additional assistance has

3   been granted under Chapter 15, all of those votes and all of

4   those requisite majorities were obtained without any votes of

5   the insiders of the debtor, as in Metcalfe, Sino-Forest and the

6   other cases that we cite at paragraph 80 through 81 of our

7   recognition motion.  We also analyze, to the extent relevant,

8   the 1507(b) factors at paragraphs 84 through 91 of the motion.

9          At this point, the only item that would be left for us

10  to address, unless the Court has any questions about this part

11  of the presentation, is the streamlined procedure that we

12  proposed aspirationally, in the hope that we would reach this

13  day as we have, without any response or objection having been

14  filed.  If the Court would care to hear about that, I'll turn

15  to Mr. Solow to address it, but first ask if Your Honor has any

16  questions for me regarding any of the presentations that I've

17  offered.

18         THE COURT:  Thank you very much, Mr. Bloom.  Actually,

19  I don't have questions.  First, I want to compliment you and

20  your colleagues.  I think the motion, which is at ECF docket

21  number 2, and the Simms' declarations are extremely thorough in

22  explaining, first in the memorandum, the Chapter 15 law in the

23  United States and in describing, in the Simms' declarations,

24  the proceedings and the various provisions of the existing

25  notes that are being modified.  So unless there's anything else

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

24

1   you want to say now, I'm certainly prepared to go ahead and

2   rule.  Is there anything else you wanted to add, Mr. Bloom?

3         MR. BLOOM:  Only a thank you.  And if Your Honor has

4   any concerns about us seeking to close the case by way of this

5   motion in lieu of a formal final report on notice of

6   presentment, Mr. Solow can address those.

7         THE COURT:  Okay.  No, I don't.  Actually, I would

8   comment.  I periodically go back and look at my calendar and

9   find that the counsel in Chapter 15 cases are great at opening

10  them but very bad at closing them.  And I find cases -- I don't

11  have any at the present time, but in the past I have found some

12  old cases that just sit there after essentially having been

13  completed.  So once the relief has been sought, and the scheme

14  has become effective, I'm all in favor of having the Chapter 15

15  case closed.  On one or two cases I've had to reopen Chapter 15

16  cases because of subsequent developments in the country, and

17  certainly that can be done.

18        So let me go ahead and make some brief comments.

19  Again, because no objection, timely notice and appropriate

20  notice was given of this proceeding, opportunity for any

21  parties to appear and file any responses, no objections or

22  responses having been filed.  As I indicated, I think the

23  motion papers and the Simms' declaration are extremely

24  thorough, and Mr. Chua's declaration regarding the Singapore

25  proceeding, Singapore law.

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

25

1           I guess one question.  I was not familiar -- I know

2     many of the judges in Singapore from prior proceedings and also

3     having spoken at several conferences in Singapore, but I wasn't

4     familiar with the judge here.  Who is the judge?

5           Mr. Chua, maybe you can address that?

6           MR. CHUA:  Yes, Your Honor.  We appeared before

7     Justice Philip Jeyaretnam, so Judge Philip Jeyaretnam.  Judge

8     Jeyaretnam is a fairly new judge on the Singapore bench.  Prior

9     to that, he was senior partner at the Singapore high-up with

10    Dentons.  Oh. Dentons Rodyk & Davidson in Singapore.

11          THE COURT:  And you'll soon have Judge Sontchi from

12    Delaware joining the Singapore court, another great addition to

13    what is already an excellent court.  So appreciate that.

14          So let me go ahead --

15          MR. CHUA:  Yes.

16          THE COURT:  And thank you very much, Mr. Chua.  Let me

17    go ahead and make some brief comments in support of the ruling.

18    I am granting the application.  I'm granting recognition of the

19    Singapore proceeding as a foreign nonmain proceeding, and as I

20    have in prior nonmain proceedings, the same relief that can be

21    granted in a main proceeding can be granted as discretionary

22    relief in a nonmain proceeding.  So I am granting enforcement

23    of the Singapore scheme, including the third-party releases

24    under both 1521 and 1507.

25          So first, with respect to eligibility to file.  There

PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS

26

1   obviously is a split in authority in the United States under

2   Section 109(a) of the Bankruptcy Code.  The Barnet decision

3   from the Second Circuit says that 109(a) applies in Chapter 15

4   cases.  There are other district courts and bankruptcy courts

5   that disagree with that conclusion, but obviously I am bound by

6   the Barnet decision.

7           In terms of property in the United States, yes, in

8   prior cases, I, like other judges in New York and Delaware and

9   elsewhere, have concluded that the undrawn retainer in New York

10  is sufficient property.  But as I held in Berau Capital and

11  have applied in other cases, the fact that the debtor property

12  includes the intangible property rights under the various

13  indentures.  The Simms' declaration at pages 4 and 23 indicate

14  that the existing notes -- existing notes indenture and related

15  parent guaranty and subsidiary guaranties are governed by New

16  York law and subject to the jurisdiction of the New York

17  courts.

18          As I held in Berau, that satisfies the property in the

19  United States test.  Indeed, it's most frequently the reason

20  that recognition and enforcement is sought in the United

21  States.  Indenture trustees of New York law governed law debt

22  with New York submission to jurisdiction clauses, want the

23  approval of a court in the United States to the modification of

24  existing debt obligations.  I think that's one of the main

25  reasons that we see so many cases, Chapter 15 cases in New

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

27

1   York, because it modifies New York law governed debt.  So both

2   because of the retainer and because of the indentures and

3   related documents that provide for New York governing law

4   109(a) is clearly satisfied.

5        So with respect to this foreign debtors' status, as in

6   Singapore for a nonbank proceeding, obviously, the Singapore

7   court applied its substantial connection test.  And one of the

8   things that I've often pondered is the relationship between the

9   substantial connection test -- it's applied in Singapore, it's

10  applied in the UK -- and how that meshes with the establishment

11  requirement for nonmain proceedings in Chapter 15.  I think,

12  while phrased differently, at least as applied in Singapore,

13  it's largely consistent with the case law in the United States

14  with respect to determining whether something qualifies as a

15  foreign main proceeding.  I think it's unnecessary for me to go

16  further with that point here.  In the Constellation case, at

17  613 B.R. 502, 503, 510, 512 and 513, where I recognized the

18  COMI of Constellation's Luxembourg parent, I, in that case,

19  concluded -- I looked beyond the activities of the specific

20  debtor; instead looked to the activities of that debtor

21  subsidiaries.

22       In Constellation, a number -- the RJ proceeding in

23  Brazil included the Constellation subsidiaries and affiliates

24  that were main proceedings in Brazil, and I concluded it was

25  appropriate to recognize the Luxembourg parent RJ proceeding as

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

28

1  a nonmain proceeding in Brazil.  So I think that alone would

2  satisfy the requirement here to conclude that this foreign

3  debtor, its Chapter 15 proceeding in -- its proceeding in

4  Singapore should be viewed as a foreign -- satisfies the

5  requirements for foreign nonmain proceeding.

6          I think in some case in the future, where this issue

7  of substantial connection versus the establishment test is more

8  important, I may choose to address it then, but I think it's

9  unnecessary to do so now.

10          I do want to make some comments with respect to the

11  third-party nondebtor releases that are included in the scheme.

12  So as Mr. Bloom has indicated, first in Metcalfe and Mansfield,

13  a few years later in other cases and in scheme cases, Avanti,

14  Cell C Proprietary.  Avanti is obviously a UK scheme of

15  arrangement.  Cell C Proprietary, which is a South African

16  scheme, both including third-party releases.  I followed the

17  law that I had set forth in Metcalfe and Mansfield and Sino-

18  Forest.

19          Obviously, as I said in Metcalfe, third-party releases

20  are, let's say, controversial in the United States, certainly

21  as indicated in the current Purdue direct appeal to the Second

22  Circuit, the district court, reversing of Judge Drain in

23  Purdue.

24          The analysis that I made in Metcalfe and Mansfield and

25  Sino-Forest clearly applies here.  I believe that the Chua

1    declaration and the memorandum of law that's been submitted in

2    support of recognition, I think clearly establishes -- and

3    there are certainly no objections that have been filed here --

4    that in Singapore third-party releases are broadly recognized.

5    And I think I've commented before in prior decisions that a

6    scheme would largely fail if the third-party releases could not

7    be recognized and enforced.

8              So the issue about recognition and enforcement of

9    third-party releases depends on the law in the foreign

10   jurisdiction where the proceeding has been pending.  As in

11   Avanti, UK law had well-established that third-party releases

12   were granted, that their law provided for that.  That same was

13   in Cell C Proprietary.  In other cases, Metcalfe and Mansfield,

14   the issue of the third-party releases had been litigated all

15   the way up to the Supreme Court of Canada contested.  And so

16   there are many jurisdictions around the world where such relief

17   is appropriate, and indeed, the scheme or a plan could not

18   succeed unless that relief was granted.

19             The issue for me, of course, is recognition and

20   enforcement of a scheme that includes third-party releases.

21   And I concluded in Metcalfe and Sino-Forest and in other cases

22   that under Chapter 15 and the application of the comity

23   doctrine, a Chapter 15 court in the United States has the

24   authority to recognize and enforce a scheme or a plan approved

25   in a foreign main or foreign nonmain proceeding that includes

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

30

1    third-party nondebtor releases.

2            So whatever the outcome in Purdue and other cases like

3    it, I do not believe that alters the analysis or conclusions

4    that third-party releases can be approved in scheme

5    proceedings, provided that the court that has sanctioned the

6    scheme would have the authority.  And I think that the brief

7    that's been submitted here clearly establishes that in

8    Singapore such relief is appropriate and is given.  And so I am

9    recognizing and enforcing that relief.

10           Again, because no objections have been filed, I will

11   not go through each of the other requirements for recognition

12   of a foreign nonmain proceeding and the discretionary relief t

13   that is being granted here.  I have considered each of the

14   requirements in Chapter 15 for recognition and find that each

15   is satisfied in the circumstances here.  I won't go through

16   them individually, because no objection has been filed, other

17   than to say I've taken them all into account in determining my

18   ruling.

19           And with respect to the relief you're seeking, Mr.

20   Bloom, for the rapid case closing, I believe that that is

21   appropriately granted if and when it becomes necessary and any

22   party wishes, they can seek to reopen the Chapter 15 case.  But

23   I think upon the effective date of the plan become -- the

24   scheme becoming effective and taking place -- this case can

25   certainly be closed.

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

1      Mr. Bloom, anything else you want to raise?

2      MR. BLOOM:  Only to thank the Court again very much.

3  There has been, primarily to Mr. Solow, significant interaction

4  on questions that have arisen with Your Honor's chambers, and

5  we very, very much appreciate all of the assistance that was

6  provided to us to enable us to get to this point, so that Your

7  Honor could conduct a smooth hearing as today.

8      THE COURT:  And I look forward to the day we can all

9  be in the same courtroom and do it.  Obviously with the parties

10  in Singapore or Indonesia, I always permit people to appear

11  either by phone or by Zoom.  But I miss the contact with the

12  lawyers in the case, so I'm pleased that we were able to get to

13  this result today.

14      Again, thank you, Mr. Bloom, to you and your

15  colleagues and counsel in Singapore and in Indonesia for an

16  excellent set of papers, with the result overwhelmingly --

17  well, obviously an overwhelming vote in support of the plan.

18      And I was interested to hear today, and I wasn't

19  aware, that the one creditor who filed the proceeding in

20  Indonesia, which obviously ended, voted in favor of the plan.

21      So again, thank you very much to everybody.  And if we

22  don't -- if you've not yet sent the Word format order to the

23  Court, I can be emailed to chambers at

24  mg.chambers@nysb.uscourts.gov, and it'll promptly be entered.

25      MR. BLOOM:  That is much appreciated, Your Honor.

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

1    That certainly will enable the order to become final so long as

2    there are no motions for rehearing or notices of appeal well in

3    advance of our March 31 long stop date.

4             And for the efficiency in administration of the case,

5    I thank the Court and Your Honor's staff and chambers as well.

6             THE COURT:  All right.  Thank you very much.

7             We are adjourned.

8        (Whereupon these proceedings were concluded at 10:44 AM)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

33

1

2                         I N D E X

3                       E X H I B I T S

4    DEBTORS'        DESCRIPTION              MARKED  ADMITTED

5                    Declaration of Mr. Simms         9

6                    Declaration of Mr. Chua          9

7

8    RULINGS:                                 PAGE   LINE

9    Motion for recognition of the            25     18

10   Singapore proceeding as a

11   nonmain proceeding is granted

12

13

14

15

16

17

18

19

20

21

22

23

24

25

34

1

2                   C E R T I F I C A T I O N

3

4   I, Hana Copperman, certify that the foregoing transcript is a

5   true and accurate record of the proceedings.

6

7

8   *Hana Copperman*

9   _____

10  Hana Copperman (CET-487)

11  AAERT Certified Electronic Transcriber

12

13  eScribers

14  352 Seventh Ave., Suite #604

15  New York, NY 10001

16

17  Date:  March 14, 2022

18

19

20

21

22

23

24

25

PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS

March 8, 2022

# #

**#05-01 (1)**
4:5

# A

**A-1 (1)**
6:18
**able (1)**
31:12
**absence (1)**
6:4
**accept (2)**
8:11;16:3
**acceptance (5)**
13:20;15:13,16;
22:5,23
**accepted (3)**
15:21;16:1;19:6
**accommodating (2)**
5:13,18
**accompanied (1)**
14:3
**accompanying (1)**
6:10
**accordingly (1)**
14:1
**account (4)**
11:16;13:10;19:17;
30:17
**acknowledge (1)**
11:13
**Act (2)**
8:2;9:2
**action (1)**
16:24
**active (3)**
13:12;15:6,23
**activities (4)**
12:21,22;27:19,20
**activity (1)**
20:18
**Actually (2)**
23:18;24:7
**add (2)**
23:1;24:2
**addition (2)**
5:23;25:12
**additional (8)**
9:17;14:16,21;
16:21;17:5;19:12;
22:25;23:2
**address (7)**
17:12;21:8;23:10,
15;24:6;25:5;28:8
**addresses (1)**
7:7
**adequate (1)**
21:2
**adherence (1)**
6:14

**Adidas (1)**
12:19
**adjourned (1)**
32:7
**adjustment (1)**
18:2
**administration (1)**
32:4
**admissions (1)**
8:10
**admitted (1)**
9:2
**admitting (1)**
8:23
**advance (2)**
17:4;32:3
**affected (2)**
15:2;21:20
**affiliates (1)**
14:25;18:13;27:21
**affirm (1)**
8:7
**affirmative (1)**
15:16
**African (1)**
28:15
**Again (5)**
24:19;30:10;31:2,
14,21
**against (2)**
17:25;18:5
**agencies (1)**
10:10
**agent (4)**
6:15,19,24;21:24
**aggregate (1)**
13:11
**ahead (8)**
5:10,20;6:7;9:4;
24:1,18;25:14,17
**aid (1)**
9:17
**align (2)**
17:16;18:3
**allowed (1)**
11:21
**alone (1)**
28:1
**alters (1)**
30:3
**always (1)**
31:10
**amended (7)**
17:15,20,22,23;
18:1,20;19:9
**among (3)**
10:13;14:6;21:7
**amongst (1)**
11:16
**analysis (3)**
19:11;28:24;30:3
**analyze (1)**
23:7

**apart (1)**
11:5
**apostille (1)**
20:6
**appeal (2)**
28:21;32:2
**Appeals (1)**
22:16
**appear (2)**
24:21;31:10
**appearance (2)**
11:25;12:6
**appeared (1)**
25:6
**appearing (1)**
8:22
**applicable (1)**
21:9
**application (3)**
11:15;25:18;29:22
**applications (1)**
10:14
**applied (5)**
26:11;27:7,9,10,12
**applies (2)**
26:3;28:25
**appointment (1)**
20:8
**appreciate (4)**
5:19;9:24;25:13;
31:5
**appreciated (1)**
31:25
**appropriate (6)**
8:10;9:10;24:19;
27:25;29:17;30:8
**appropriately (1)**
30:21
**approval (3)**
14:19;22:24;26:23
**approved (3)**
14:20;29:24;30:4
**arisen (1)**
31:4
**around (3)**
12:23;15:15;29:16
**arrangement (1)**
28:15
**array (1)**
13:13
**articulated (1)**
19:22
**aspirationally (1)**
23:12
**assistance (9)**
9:17;14:16,21;
16:21;17:6;19:12;
23:1,2;31:5
**assume (1)**
19:9
**assure (1)**
6:12
**attached (3)**

**7:23;9:2,20**
**attaches (1)**
7:25
**attempt (1)**
18:9
**attendant (1)**
7:4
**Attorneys (1)**
4:3
**authorities (1)**
15:11
**authority (4)**
15:11;26:1;29:24;
30:6
**available (4)**
14:13;22:1,11,21
**Avanti (3)**
21:6;28:13,14;
29:11
**aware (3)**
16:7,9;31:19

# B

**b2 (2)**
20:14,15
**back (2)**
21:21;24:8
**backed (1)**
16:16
**background (2)**
9:25;10:3
**bad (1)**
24:10
**BAKER (2)**
4:2;19:17
**Bakrie (1)**
19:24
**bank (1)**
19:18
**Bankruptcy (4)**
7:5;11:20;26:2,4
**Barnet (3)**
19:15;26:2,6
**based (4)**
7:18;9:11;14:11;
22:19
**Bay (1)**
4:5
**bearing (1)**
20:5
**become (3)**
24:14;30:23;32:1
**becomes (1)**
30:21
**becoming (1)**
30:24
**begin (3)**
5:6,9,12
**beginning (1)**
14:18
**behalf (1)**
5:8

**believes (1)**
22:20
**bench (1)**
25:8
**Berau (3)**
19:23;26:10,18
**better (1)**
17:17
**beyond (1)**
27:19
**bilateral (3)**
15:5,6;16:8
**bilaterals (2)**
15:23,24
**bit (1)**
12:12
**BLOOM (25)**
5:7,7,10,11,20,21;
6:8;8:20;9:4,9,23;
10:5;11:14;12:11,12;
14:10;23:18;24:2,3;
28:12;30:20;31:1,2,
14,25
**both (2)**
6:25;8:5;25:24;
27:1;28:16
**Boulevard (1)**
4:4
**bound (1)**
26:5
**BR (1)**
27:17
**brands (1)**
12:19
**Brazil (3)**
27:23,24;28:1
**brief (5)**
7:17;17:11;24:18;
25:17;30:6
**briefly (2)**
12:12;19:11
**brings (2)**
12:23;16:12
**broadly (1)**
29:4
**Brothers (7)**
4:3;5:3;12:13,14,
21;13:4;18:11
**burdening (1)**
9:11
**business (4)**
12:16,22;13:7,12

# C

**calculated (1)**
7:3
**calendar (1)**
24:8
**call (1)**
14:9
**called (1)**
8:7

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

22-10136-mg    Doc 14    Filed 03/14/22    Entered 03/21/22 11:23:42    Main Document
PT PAN BROTHERS TBK AND GEOFFREY DAVID VARGA
Pg 36 of 43

March 8, 2022

**can (18)**
6:12;8:13;10:19;
14:13;16:22;20:24;
22:13,19;24:6,17;
25:5,20,21;30:4,22,
24;31:8,23
**Canada (1)**
29:15
**Candidly (1)**
16:6
**capital (2)**
14:25;26:10
**care (1)**
23:14
**careful (1)**
6:14
**carry (1)**
17:20
**case (22)**
6:21;13:25;14:6,7;
17:10;19:1,24;20:10;
21:12;22:17,20;24:4,
15;27:13,16,18;28:6;
30:20,22,24;31:12;
32:4
**cases (21)**
14:7,18;19:23;
21:7;23:2,6;24:9,10,
12,15,16;26:4,8,11,
25,25;28:13,13;
29:13,21;30:2
**cash (2)**
18:3,10
**CEL (1)**
22:17
**Cell (3)**
28:14,15;29:13
**Centre (1)**
4:5
**certain (2)**
14:8;18:24
**certainly (7)**
5:19;24:1,17;
28:20;29:3;30:25;
32:1
**certificate (3)**
6:1,8,18
**chairman (1)**
7:22
**chambers (4)**
5:17;31:4,23;32:5
**change (1)**
18:4
**changes (1)**
17:8
**Chapter (18)**
9:20;13:25;16:21;
17:10;20:10;23:3,22;
24:9,14,15;26:3,25;
27:11;28:3;29:22,23;
30:14,22
**chart (1)**
15:21

**choice (1)**
16:17
**choose (1)**
28:8
**CHUA (23)**
4:9;5:15;7:24;8:18,
25;9:7;10:19,25;
11:3,4,13;12:1,9,10;
22:9,11,13,17;25:5,6,
15,16;28:25
**Chua's (8)**
6:22;15:15,20;
18:16,25;19:3;21:22;
24:24
**Circuit (4)**
19:13;21:10;26:3;
28:22
**circulated (1)**
22:1
**circulation (1)**
21:21
**circumstances (1)**
30:15
**cite (2)**
21:7;23:6
**claims (1)**
18:17
**class (4)**
15:3,4,18;16:3
**classes (6)**
7:1;15:6,18,23;
22:6,23
**clauses (2)**
19:22;26:22
**clearly (5)**
19:5;27:4;28:25;
29:2;30:7
**clock (1)**
5:17
**close (1)**
24:4
**closed (2)**
24:15;30:25
**closing (3)**
21:12;24:10;30:20
**Code (1)**
26:2
**colleagues (2)**
23:20;31:15
**collectively (1)**
12:14
**COMI (3)**
13:24;14:1;27:18
**comity (2)**
10:23;29:22
**comment (1)**
24:8
**commented (1)**
29:5
**comments (3)**
24:18;25:17;28:10
**companies (1)**
10:16

**completed (1)**
24:13
**compliance (1)**
13:13;22:2
**compliment (1)**
23:19
**concept (2)**
22:15,21
**concerns (1)**
24:4
**conclude (1)**
28:2
**concluded (5)**
26:9;27:19,24;
29:21;32:8
**conclusion (1)**
26:5
**conclusions (1)**
30:3
**condition (1)**
17:3
**conduct (2)**
13:12;31:7
**conducts (1)**
12:22;20:17
**conferences (1)**
25:3
**confirm (2)**
22:13,19
**confirmed (1)**
9:18
**connection (9)**
6:24;10:16;13:19;
16:6,7,8;27:7,9;28:7
**consideration (1)**
18:19
**considered (2)**
12:6;30:13
**consistent (1)**
27:13
**Constellation (7)**
14:6,9,10;20:23;
27:16,22,23
**Constellation's (1)**
27:18
**consultation (1)**
10:6
**contact (1)**
31:11
**contain (2)**
16:16;19:21
**contemplate (1)**
21:11
**contemplated (2)**
10:20;11:8
**contested (1)**
29:15
**continue (3)**
17:23;22:14,20
**continuing (1)**
12:12
**controversial (1)**
28:20

**copy (1)**
8:1
**corollary (1)**
19:7
**counsel (2)**
24:9;31:15
**countries (3)**
12:23,25;15:11
**country (1)**
24:16
**courier (1)**
7:8
**course (6)**
7:16;9:21;12:23;
19:2;20:21;29:19
**COURT (69)**
5:2,10,12,17,19,22;
6:5,7,12;7:18;8:2,5,7,
11,14,15,21,23;9:11,
19,22,24;10:15,15,
22,22;11:2,10,24;
12:5,7,11;13:18;14:9,
11,13;15:14;17:2,7,
10;18:9;20:3,5,6,22;
21:6,12;22:14,16,20;
23:10,14,18;24:7;
25:11,12,13,16;
26:23;27:7;28:22;
29:15,23;30:5;31:2,8,
23;32:5,6
**courtroom (2)**
8:6;31:9
**courts (8)**
10:8,22;11:16;
16:15,25;26:4,4,17
**Court's (2)**
5:8;10:19
**covered (1)**
13:16
**created (1)**
9:11
**creditor (8)**
10:12;11:15,19,24;
12:1,2,3;31:19
**creditors (16)**
7:1;10:6,9;15:2,5,
10,18,22;17:18;
18:20;19:6;21:18,19;
22:1,4,24
**creditors' (1)**
11:11
**cross-examination (1)**
8:13
**current (2)**
11:8;28:21
**customers (2)**
12:18;15:10

---

**D**

---

**Daewoo (1)**
22:16
**date (7)**

**9:6,8;17:4,16;18:4;**
30:23;32:3
**dating (1)**
21:21
**DAVID (1)**
4:13
**Davidson (1)**
25:10
**day (2)**
23:13;31:8
**de (1)**
14:5
**deadline (2)**
5:23,25
**deadlines (1)**
7:4
**deal (1)**
20:1
**debt (5)**
13:16;15:3;26:21,
24;27:1
**Debtor (16)**
4:3,14;12:13;
13:18;14:24,25;
15:12;17:25;18:6;
19:14;20:16;23:5;
26:11;27:20,20;28:3
**Debtors' (6)**
9:6,8;13:1,24;
18:13;27:5
**decide (1)**
12:8
**decision (6)**
10:5;14:23;19:15;
22:16;26:2,6
**decisions (3)**
13:7;14:5;29:5
**declarants (1)**
8:5
**declaration (27)**
6:22;7:23,25;8:17,
18,19,25;9:1,5,7;
12:25;15:15,20;
16:14;17:13;18:16,
25;19:3;20:16;21:22;
22:9,13,19,24;23:24;
26:13;29:1
**declarations (8)**
6:10;7:18,20;8:8,
11,24;23:21,23
**deeds (1)**
18:24
**deem (1)**
8:10
**defer (1)**
10:19
**Delaware (2)**
25:12;26:8
**Dentons (2)**
25:10,10
**depends (1)**
29:9
**describe (1)**

22-10136-mg   Doc 14   Filed 03/14/22   Entered 03/21/22 11:23:42   Main Document
PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS
Pg 37 of 43

March 8, 2022

19:7
**described (6)**
6:21;12:25;18:16,
24;20:19;22:9
**describing (1)**
23:23
**description (1)**
17:11
**designed (2)**
15:9;17:16
**destruction (1)**
18:11
**detail (1)**
20:2
**determining (3)**
10:15;27:14;30:17
**developments (1)**
24:16
**DHL (1)**
7:8
**differently (1)**
27:12
**direct (4)**
8:7,12,16;28:21
**direction (1)**
7:16
**directors (1)**
13:2
**disagree (1)**
26:5
**disclosed (2)**
19:5;22:10
**discretionary (7)**
14:4,12,22;20:21,
25;25:21;30:12
**dismissed (3)**
10:18;11:16,21
**Dissolution (1)**
8:2
**distribution (1)**
6:20
**district (3)**
19:18;26:4;28:22
**divided (1)**
15:6
**docket (3)**
5:5;9:1;23:20
**docketed (1)**
6:3
**doctrine (1)**
29:23
**documents (7)**
6:11,16;16:10;
18:21;19:6;22:11;
27:3
**done (1)**
24:17
**Drain (1)**
28:22
**due (1)**
13:22

## E

**early (1)**
21:22
**earned (1)**
19:19
**ECF (11)**
5:5;6:3,8;7:20,25;
8:18,19,25;9:1,21;
23:20
**economic (3)**
13:23;18:5;20:18
**effect (1)**
16:22
**effective (4)**
18:25;24:14;30:23,
24
**effectively (1)**
13:3
**effectiveness (1)**
17:3
**effectuate (1)**
7:3
**effectuated (2)**
15:9;18:23
**effectuating (1)**
6:13
**efficiency (1)**
32:4
**effort (2)**
10:20,20
**efforts (2)**
6:23;21:23
**eighty-five (1)**
13:10
**either (1)**
31:11
**elaborate (1)**
22:12
**elements (1)**
19:25
**eligibility (2)**
19:14;25:25
**else (4)**
8:22;23:25;24:2;
31:1
**elsewhere (2)**
11:23;26:9
**email (1)**
6:18
**emailed (1)**
31:23
**emails (1)**
7:7
**EMMANUEL (1)**
4:9
**employees (2)**
13:12;15:10
**employment (1)**
13:14
**enable (2)**
31:6;32:1

**encompassed (1)**
18:8
**end (2)**
5:16;8:12
**ended (1)**
31:20
**enforce (2)**
11:11;29:24
**enforced (1)**
29:7
**enforcement (5)**
16:24;25:22;26:20;
29:8,20
**enforcing (1)**
30:9
**engages (1)**
20:17
**enjoyed (1)**
10:8
**ensure (2)**
16:21;21:24
**entered (2)**
9:19;31:24
**enterprises (1)**
18:12
**entitled (1)**
20:25
**entitles (1)**
20:11
**equally (1)**
14:15
**Especially (1)**
6:4
**ESQ (1)**
4:9
**essential (2)**
12:24;13:5
**essentially (1)**
24:12
**establishes (2)**
29:2;30:7
**establishment (3)**
20:17;27:10;28:7
**everybody (1)**
31:21
**evidence (6)**
8:11,24;9:2,6,7;
20:7
**exactly (1)**
14:7
**excellent (2)**
25:13;31:16
**exchange (3)**
6:19;13:17;17:24
**execution (1)**
18:23
**Exhibit (6)**
6:18;9:6,8,20;17:7;
20:4
**exhibits (3)**
7:19,23;8:25
**existence (1)**
20:7

**existing (25)**
13:15;15:3;16:5,
13,18,19,25;17:9,12,
15,20,22;18:7,8,15,
18,18;19:1,8,10,20;
23:24;26:14,14,24
**expert (2)**
5:14;7:24
**explain (2)**
6:5;19:3
**explained (3)**
11:14;16:13;17:13
**explaining (1)**
23:22
**explanatory (2)**
17:18;22:10
**export (2)**
13:4,8
**exports (1)**
12:17
**Express (2)**
7:8;20:9
**extended (1)**
17:16
**extension (1)**
18:4
**extensive (3)**
9:12;13:22;21:20
**extensively (1)**
12:25
**extent (1)**
23:7
**extremely (2)**
23:21;24:23
**eye (1)**
7:5

## F

**Face (1)**
12:20
**facilitated (1)**
14:24
**facilities (9)**
15:4,5,7,7,25;16:9,
10;18:16,18
**facility (1)**
18:8
**fact (5)**
9:11;11:17;12:3;
13:23;26:11
**factors (2)**
13:18;23:8
**fail (1)**
29:6
**fairly (2)**
9:12;25:8
**familiar (4)**
8:3;15:14;25:1,4
**far (1)**
16:6
**favor (3)**
12:3;24:14;31:20

**feature (1)**
19:8
**federal (1)**
16:15
**few (2)**
12:20;28:13
**file (2)**
24:21;25:25
**filed (12)**
5:4;6:1;8:22;10:2;
11:15,19;23:14;
24:22;29:3;30:10,16;
31:19
**filing (2)**
10:14;17:10
**filings (1)**
13:14
**final (3)**
17:5;24:5;32:1
**Financial (2)**
4:5;17:17
**find (4)**
13:18;24:9,10;
30:14
**first (7)**
7:20;19:13;23:15,
19,22;25:25;28:12
**flexibility (1)**
10:7
**flow (2)**
18:3,10
**focus (1)**
17:9
**followed (2)**
19:23;28:16
**follows (2)**
9:13;13:25
**forecast (1)**
18:3
**Foreign (31)**
4:13;5:3,8,14;7:7,
21;9:15,16;10:24;
14:2,14,14,20;20:7,8,
11,13,22,23,24;21:1;
25:19;27:5,15;28:2,4,
5;29:9,25,25;30:12
**foremost (1)**
19:13
**Forest (1)**
28:18
**form (5)**
8:16;17:7,8;18:20;
19:16
**formal (1)**
24:5
**format (1)**
31:22
**forth (2)**
8:8;28:17
**forward (1)**
31:8
**found (1)**
24:11

**four (5)**
7:1;15:18,23;22:5,
23
**frankly (1)**
10:8
**frequently (1)**
26:19
**friend (1)**
11:14
**fully (2)**
17:13;22:9
**funded (1)**
15:2
**furnished (1)**
17:17
**further (4)**
9:24;21:11;22:12;
27:16
**future (1)**
28:6

**G**

**garment (1)**
12:17
**GEOFFREY (1)**
4:13
**given (3)**
16:22;24:20;30:8
**Giving (1)**
13:22
**Glenn (1)**
5:2
**goes (1)**
19:3
**Good (5)**
5:2,7;7:12;11:2;
19:19
**governed (7)**
13:15;16:10,14;
19:21;26:15,21;27:1
**governing (2)**
19:1;27:3
**governmental (1)**
15:11
**grant (6)**
10:17,23;13:20;
20:21;21:3,16
**granted (11)**
14:13,14;20:24;
21:1;23:3;25:21,21;
29:12,18;30:13,21
**granting (4)**
17:5;25:18,18,22
**great (3)**
10:6;24:9;25:12
**Group (4)**
12:14;13:4,11;
18:11
**guaranties (5)**
16:16;17:19;18:1;
19:20;26:15
**guarantors (3)**

17:21,25;18:14
**guaranty (1)**
26:15
**guess (1)**
25:1
**guidance (1)**
7:16

**H**

**haircut (1)**
18:6
**hasten (1)**
23:1
**hear (2)**
23:14;31:18
**hearing (8)**
5:13,23;6:6;7:4,12;
8:24;9:3;31:7
**held (5)**
14:5,17;20:23;
26:10,18
**hereby (2)**
9:5,7
**highlight (1)**
20:3
**high-up (1)**
25:9
**history (1)**
12:13
**holding (1)**
16:2
**Honor (24)**
5:7,11;7:16;8:9,14,
20;9:9,23;10:5;11:4,
6;12:10;14:4,10,17;
16:5;18:2;19:22;
20:23;23:15;24:3;
25:6;31:7,25
**Honor's (2)**
31:4;32:5
**hope (2)**
9:10;23:12
**hub (1)**
13:3

**I**

**impact (1)**
15:10
**implementation (3)**
9:17;21:5,13
**implemented (1)**
16:22
**important (1)**
28:8
**importantly (1)**
15:25
**include (1)**
10:7
**included (2)**
27:23;28:11
**includes (3)**

26:12;29:20,25
**including (5)**
12:18,19;21:4;
25:23;28:16
**incorporated (1)**
13:2
**Indeed (2)**
26:19;29:17
**indenture (4)**
16:18;19:20;26:14,
21
**indentures (2)**
26:13;27:2
**India's (1)**
12:17
**indicate (1)**
26:13
**indicated (3)**
24:22;28:12,21
**indicates (1)**
22:12
**individually (1)**
30:16
**Indonesia (14)**
5:15;10:11,13,22;
11:1,11,12,20,23;
13:6,24;31:10,15,20
**Indonesian (4)**
10:1,22;11:16;15:8
**information (4)**
6:15,19,24;21:23
**initial (1)**
21:21
**initiated (1)**
10:12
**injunction (3)**
16:24;21:5,9
**inserted (1)**
15:21
**insiders (1)**
23:5
**Insolvency (1)**
8:1
**instead (1)**
27:20
**intangible (1)**
26:12
**integrated (1)**
12:15
**intentions (1)**
11:1
**interaction (1)**
31:3
**interest (2)**
7:7;18:3
**interested (2)**
21:18;31:18
**interests (2)**
14:24;21:18
**international (2)**
10:23;12:19
**interpretation (1)**
14:11

**into (6)**
8:11;9:2,5,7;15:6;
30:17
**involved (1)**
10:10
**IRDA (3)**
8:4;22:3,22
**I-R-D-A (1)**
8:4
**issue (5)**
22:7;28:6;29:8,14,
19
**issued (2)**
18:21;21:6
**issuer (1)**
18:14
**issues (1)**
18:10
**item (1)**
23:9

**J**

**January (2)**
9:19;20:4
**Jeyaretnam (3)**
25:7,7,8
**joining (1)**
25:12
**joint (1)**
12:15
**Judge (10)**
5:2,21;19:23;25:4,
4,7,7,8,11;28:22
**judges (2)**
25:2;26:8
**judgments (1)**
10:24
**June (1)**
21:22
**jurisdiction (7)**
12:6;16:15,17;
17:1;26:16,22;29:10
**jurisdictional (1)**
19:21
**jurisdictions (2)**
11:7;29:16
**Justice (1)**
25:7

**K**

**key (3)**
12:23,24;13:7
**knowledge (1)**
11:22
**known (1)**
12:14

**L**

**labor (1)**
13:13

**Lane (1)**
19:24
**largely (2)**
27:13;29:6
**largest (1)**
12:17
**last (1)**
10:13
**later (1)**
28:13
**Lauren (1)**
12:20
**law (23)**
13:15;15:14;16:11,
14,17;19:1,2,5,21;
22:12;23:22;24:25;
26:16,21,21;27:1,3,
13;28:17;29:1,9,11,
12
**laws (1)**
10:7;13:14
**lawyers (1)**
31:12
**lays (1)**
21:2
**leading (1)**
12:19;22:3
**learned (1)**
11:14
**least (1)**
27:12
**led (2)**
10:15;13:18
**left (1)**
23:9
**legal (5)**
5:14;7:24;18:5;
19:11;22:8
**lent (1)**
14:25
**LEOW (1)**
4:2
**liability (1)**
19:9
**lies (1)**
17:1
**lieu (3)**
8:12;10:11;24:5
**light (2)**
6:4;17:9
**Likewise (1)**
11:20
**limit (1)**
17:11
**limitation (1)**
16:20
**limited (1)**
18:17
**listed (1)**
17:23
**literally (1)**
12:18
**litigated (1)**

22-10136-mg    Doc 14    Filed 03/14/22    Entered 03/21/22 11:23:42    Main Document
PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS
Pg 39 of 43

March 8, 2022

29:14
**litigation (1)**
11:10
**live (2)**
8:12;11:22
**Local (1)**
6:2
**locally (1)**
8:3
**long (3)**
17:4;32:1,3
**look (2)**
24:8;31:8
**looked (2)**
27:19,20
**Looking (1)**
9:9
**loss (1)**
18:11
**lot (1)**
10:9
**Luxembourg (3)**
7:10;27:18,25

**M**

**main (8)**
14:14;16:6;21:1;
25:21;26:24;27:15,
24;29:25
**maintained (1)**
19:18
**maintains (2)**
12:22;19:16
**majorities (1)**
23:4
**majority (2)**
13:1;15:17
**manner (2)**
6:16;7:3;19:10
**Mansfield (5)**
14:18;28:12,17,24;
29:13
**manufacturers (1)**
12:17
**manufacturing (1)**
13:5
**many (6)**
10:6;12:18;15:11;
25:2;26:25;29:16
**March (4)**
5:23;6:2;17:4;32:3
**Marina (2)**
4:4,5
**Mark (1)**
5:7
**materially (1)**
17:24
**materials (1)**
21:25
**matter (3)**
6:1;18:7;22:25
**maturity (2)**

17:16;18:4
**may (7)**
5:12;7:16;8:9;
10:25;19:11;20:20;
28:8
**maybe (1)**
25:5
**MCKENZIE (2)**
4:2;19:17
**meaning (1)**
20:18
**measure (1)**
19:19
**memorandum (2)**
23:22;29:1
**mention (3)**
14:17;17:2;21:16
**mentioned (10)**
6:20;7:21;9:14;
15:19;20:16,23;21:4,
19;22:3,8
**meshes (1)**
27:10
**Metcalfe (8)**
14:18;23:5;28:12,
17,19,24;29:13,21
mgchambers@nysbuscourtsgov (1)
31:24
**might (1)**
6:5
**mind (1)**
16:19
**minority (4)**
11:15,19,24;12:1
**miss (1)**
31:11
**model (1)**
12:16
**modification (1)**
26:23
**modified (1)**
23:25
**modifies (1)**
27:1
**moment (3)**
11:5,8;21:14
**moratoria (1)**
11:18
**moratorium (3)**
10:14,17;13:20
**more (5)**
14:19;15:23,25;
17:13;28:7
**morning (3)**
5:2,7,13
**Morrow (1)**
6:19
**most (3)**
12:5,24;26:19
**motion (13)**
5:4,24;6:10;17:6,8;
20:2;21:2,8;23:7,8,
20;24:5,23

**motions (1)**
32:2
**move (1)**
8:10
**much (8)**
12:9;23:18;25:16;
31:2,5,21,25;32:6
**multinational (1)**
12:16

**N**

**name (1)**
12:20
**necessary (2)**
21:14;30:21
**negotiated (1)**
18:10
**New (19)**
13:15;16:10,14,15,
25;19:2,17,21,21;
25:8;26:8,9,15,16,21,
22,25;27:1,3
**next (1)**
19:25
**Nice (1)**
5:10
**nonactive (2)**
15:7,24
**nonbank (1)**
27:6
**nondebtor (2)**
28:11;30:1
**none (2)**
8:24;16:9
**nonmain (19)**
9:15;14:2,15;
20:13,24;25:19,20,
22;27:11;28:1,5;
29:25;30:12
**nontransitory (1)**
20:18
**nor (1)**
18:7
**North (1)**
12:20
**Notably (1)**
13:15
**noted (2)**
8:5;14:11
**noteholders (3)**
16:1;17:24;18:7
**noteholders' (1)**
18:5
**notes (31)**
13:15;15:3;16:3,5,
13,18,19,23,25;
17:10,12,15,15,20,20,
22,23,23;18:1,7,15,
18,20;19:2,8,9,10,20;
23:25;26:14,14
**notice (10)**
6:6,15,23;7:4,11;

21:20;22:2;24:5,19,
20
**notices (1)**
32:2
**noting (1)**
10:22
**number (11)**
5:5;6:3,8;7:21,25;
8:19;9:1,21;15:17;
23:21;27:22

**O**

**oath (1)**
8:8
**object (1)**
8:23
**objection (5)**
6:2,5;23:13;24:19;
30:16
**objections (7)**
5:24,25;7:13;8:22;
24:21;29:3;30:10
**obligated (1)**
17:22
**obligation (1)**
19:1
**obligations (3)**
18:15,22;26:24
**obtain (2)**
14:19;17:4
**obtained (1)**
23:4
**obtaining (1)**
6:25
**obviously (9)**
12:7;26:1,5;27:6;
28:14,19;31:9,17,20
**Ocean (1)**
21:6
**offer (5)**
7:17,17;8:15;
13:25;17:8
**offered (1)**
23:17
**offering (1)**
8:18
**offices (4)**
12:22;13:9,10,12
**often (1)**
27:8
**old (1)**
24:12
**Olinda (1)**
21:6
**once (1)**
24:13
**one (11)**
8:22;12:17,24;
13:16;15:3,6;24:15;
25:1;26:24;27:7;
31:19
**ongoing (2)**

10:20;11:23
**only (8)**
11:7;14:1;15:1;
17:12;21:19;23:9;
24:3;31:2
**opening (1)**
24:9
**operate (1)**
12:15
**operations (6)**
12:16;13:4,5,7,22;
15:12
**opportunity (1)**
24:20
**order (15)**
5:22;6:11,12,14;
9:18;12:21;16:21;
17:5,7,8;20:5,10;
21:13;31:22;32:1
**others (1)**
21:7
**out (1)**
19:14
**outcome (1)**
30:2
**outstanding (1)**
16:3
**over (2)**
12:18;17:20
**overly (1)**
9:10
**overwhelming (5)**
7:1;15:22;22:5,23;
31:17
**overwhelmingly (1)**
31:16
**owned (1)**
13:1

**P**

**pages (2)**
20:2;26:13
**Pan (7)**
4:3;5:3;12:13,14,
21;13:3;18:11
**papers (4)**
6:20;18:9;24:23;
31:16
**paragraph (9)**
6:22;15:16,20;
18:16,24;19:4;21:7,
23;23:6
**paragraphs (4)**
13:1;17:14;22:18;
23:8
**parent (6)**
16:16;17:19,21;
25:16;27:18,25
**part (2)**
14:20;23:10
**participants (2)**
14:7;16:9

22-10136-mg    Doc 14    Filed 03/14/22    Entered 03/21/22 11:23:42    Main Document
Pg 40 of 43
PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS

March 8, 2022

participating (1)
7:2
participation (3)
5:20;6:25;22:4
particular (4)
6:14;7:5,9;17:9
parties (6)
7:8,9;19:9;21:18;
24:21;31:9
parties-in- (1)
7:6
partner (1)
25:9
party (1)
30:22
past (1)
24:11
pay (1)
6:13
payments (1)
18:3
pending (2)
11:10;29:10
people (1)
31:10
percent (6)
13:10;15:23,24,25;
16:2,3
perhaps (2)
6:5;8:12
periodically (1)
24:8
permanent (2)
16:23;21:4
permissible (1)
19:5
permit (1)
31:10
petition (3)
6:9;9:20;20:4
Petroleo (1)
14:5
Philip (2)
25:7,7
phone (1)
31:11
phrased (1)
27:12
PKPU (5)
10:11,12,17;11:14;
15:8
place (2)
11:18;30:24
places (1)
12:5
plain (1)
18:10
plan (6)
14:21;29:17,24;
30:23;31:17,20
plans (1)
11:4
please (3)

6:7;11:2;17:10
pleased (1)
31:12
pleases (1)
8:14
pleasure (1)
5:9
point (6)
16:6;19:14;20:15;
23:9;27:16;31:6
Polo (1)
12:20
pondered (1)
27:8
positive (1)
7:12
posting (1)
6:21
practice (1)
8:16
precedent (1)
17:3
predicate (2)
13:19;21:3
preferences (1)
10:9
pre-IRDA (1)
22:16
prepared (2)
8:6;24:1
presence (1)
13:23
PRESENT (9)
4:12;8:6;11:5,13;
12:2,3;18:9;20:3;
24:11
presentation (4)
7:18;8:13;9:10;
23:11
presentations (1)
23:16
presentment (1)
24:6
presumptions (1)
20:12
pretense (1)
14:1
previously (2)
21:6;22:8
primarily (1)
31:3
principal (1)
18:5
principle (1)
18:6
prior (3)
25:2,8,20;26:8;
29:5
procedure (1)
23:11
procedures (1)
8:9
proceed (3)

7:15;9:12;10:10
proceeded (1)
11:8
proceeding (42)
6:16;7:2;9:15,15,
25;10:1,11,12,17,21;
11:1,6,7,20,25;13:21;
14:2;20:7,9,13,22,24;
21:1;22:22;24:20,25;
25:19,19,21,22;27:6,
15,22,25;28:1,3,3,5;
29:10,25;30:12;
31:19
proceedings (15)
10:1;11:5,9,17,21,
23;21:11,21;23:24;
25:2,20;27:11,24;
30:5;32:8
process (2)
15:1,8
product (1)
13:8
projections (1)
17:17
prompted (1)
10:14
promptly (1)
31:24
proper (1)
14:19
property (6)
19:16;26:7,10,11,
12,18
propose (2)
7:15,17;8:10;21:12
proposed (3)
17:7;21:17;23:12
propositions (1)
22:18
Proprietary (3)
28:14,15;29:13
protected (1)
21:19
provide (2)
16:14;27:3
provided (6)
6:12,15;18:19;
29:12;30:5;31:6
provides (1)
13:4
provision (3)
7:6;14:21,22
provisions (2)
16:17;23:24
PT (3)
4:3;5:3;19:24
publication (1)
21:24
Purdue (3)
28:21,23;30:2
purpose (1)
20:9
purposes (1)

9:3
pursuant (2)
5:22;6:2

Q

QGOG (1)
14:7
qualifies (1)
27:14
quick (2)
10:23;21:12

R

raise (1)
31:1
Ralph (1)
12:20
rapid (1)
30:20
rather (1)
14:22
rating (1)
10:10
reach (1)
23:12
really (5)
8:22;14:12;16:7,
12;18:2
reason (3)
13:25;14:12;26:19
reasonably (1)
7:3
reasons (3)
7:11;10:7;26:25
received (5)
5:25;7:13;9:5,7;
21:20
recent (1)
14:5
recently (1)
19:23
recognition (32)
5:4,24;6:10;9:14;
10:2,21,24;11:1,6,7;
14:2,3,14,15;16:20;
17:5,6;19:12,25;
20:13,22,24;21:8,13;
23:7;25:18;26:20;
29:2,8,19;30:11,14
recognize (2)
27:25;29:24
recognized (4)
22:15;27:17;29:4,7
recognizing (1)
30:9
record (5)
7:14,19,25;9:12;
22:14
reduction (1)
18:6
referenced (1)

5:22
referred (2)
8:3;14:6
referring (1)
7:9
reflecting (1)
6:19
reflects (4)
6:9;15:16,21;21:23
regard (2)
8:9;13:22
regarding (5)
6:6;10:19;11:1;
23:16;24:24
rehearing (1)
32:2
related (7)
6:11;7:19;9:16;
19:20;22:11;26:14;
27:3
relating (2)
6:16;18:15
relationship (1)
27:8
release (1)
18:24
released (1)
17:19
releases (23)
14:20;18:13,17,23;
19:4,7;22:7,9,15,21,
25;25:23;28:11,16,
19;29:4,6,9,11,14,20;
30:1,4
relevant (1)
23:7
relief (22)
9:16;14:4,13,22;
16:20;17:5;19:12;
20:20,21,25;21:3,15,
17;24:13;25:20,22;
29:16,18;30:8,9,12,
19
relies (1)
22:17
remainder (1)
17:11
remains (1)
13:23
remedies (1)
18:19
reopen (2)
24:15;30:22
reorganization (1)
14:21
replaced (1)
17:15
replacement (1)
19:8
report (1)
24:5
reports (1)
13:14

**Representative (8)**
4:13;5:8,14;7:22;
9:16;13:9;20:9,11
**representative's (1)**
5:4
**request (2)**
5:13,18;21:15
**required (1)**
13:19
**requirement (4)**
20:7;21:17;27:11;
28:2
**requirements (8)**
15:13;19:15,19;
20:13;22:3;28:5;
30:11,14
**requires (3)**
13:13;15:16;16:23
**requisite (1)**
23:4
**resident (1)**
13:2
**Resources (1)**
19:23
**respect (15)**
10:8;13:7;14:16,
23;16:8,24,24;18:15;
19:10;21:15;25:25;
27:5,14;28:10;30:19
**respectively (1)**
5:15
**respond (1)**
10:25
**response (2)**
6:4;23:13
**responses (5)**
5:24,25;7:13;
24:21,22
**restructured (1)**
18:21
**Restructuring (4)**
8:1;9:2;16:23;18:9
**result (2)**
31:13,16
**retainer (3)**
19:17;26:9;27:2
**reversing (1)**
28:22
**review (1)**
22:19
**Rig (1)**
21:7
**right (5)**
8:21,24;12:5,9;
32:6
**rights (5)**
11:11;17:25;18:5,
19;26:12
**RJ (2)**
27:22,25
**Rodyk (1)**
25:10
**Rule (2)**

7:5;24:2
**Rules (1)**
6:2
**ruling (2)**
25:17;30:18

## S

**sales (2)**
13:8,11
**same (11)**
6:15,16;7:3;11:19;
13:17;17:25;19:10;
20:25;25:20;29:12;
31:9
**sanction (3)**
9:18;20:5,10
**sanctioned (1)**
30:5
**satisfied (3)**
20:4;27:4;30:15
**satisfies (5)**
19:14;20:12;21:17;
26:18;28:4
**satisfy (3)**
19:18;21:9;28:2
**satisfying (2)**
19:22;20:6
**scheduling (4)**
5:22;6:11,12,14
**scheme (63)**
6:16,17,21,24;7:1,
23;9:15,18;10:2,11,
21;11:25;12:2,4,7;
13:17,20;14:2;15:1,1,
3,5,9,18,21,22;16:4,
22;17:3,12,18,18;
18:8,17,19,20;19:6,6;
21:5,13,19,20,25;
22:1,4,5,11,22,24,25;
24:13;25:23;28:11,
13,14,16;29:6,17,20,
24;30:4,6,24
**scope (1)**
12:16
**second (5)**
15:4;19:13;21:9;
26:3;28:21
**Section (15)**
14:4,12,16;19:15;
20:3,12,14,19,20;
21:4,15,16;22:8;
23:1;26:2
**Sections (1)**
20:1
**seek (11)**
9:14,16;10:21;
14:1,3;16:20,23;
17:6;19:13;21:12;
30:22
**seeking (4)**
10:1;11:11;24:4;
30:19

**seeks (1)**
21:2
**senior (1)**
25:9
**sense (1)**
17:21
**sent (1)**
31:22
**series (2)**
14:18;22:18
**served (3)**
7:8,22;14:24
**serves (1)**
13:3
**service (5)**
6:9,9,13,18;7:6
**Servicos (1)**
14:5
**set (4)**
5:23;8:8;28:17;
31:16
**several (2)**
10:13;25:3
**sheet (1)**
21:22
**side (1)**
5:16
**sign (1)**
7:13
**significant (2)**
10:9;31:3
**similar (3)**
15:14;16:17;23:2
**similarly (1)**
17:22
**SIMMS (9)**
4:13;5:14;7:20,21;
8:18,24;9:5,15;20:8
**Simms' (8)**
12:25;16:13;17:13;
20:16;23:21,23;
24:23;26:13
**simple (1)**
18:10
**simply (1)**
20:2
**Singapore (67)**
4:6,7;5:15;7:10,22,
24;8:1;9:1,14,18,19,
25;10:2,7,8,11,15,15,
16,21;11:17,25;12:7,
24;13:3,3,9,13,17,18,
19,23;14:1,2,23;15:1,
8,13;17:24;19:5;
20:5,17;22:3,12,14,
16,17,20;24:24,25;
25:2,3,8,9,10,12,19,
23;27:6,6,9,12;28:4;
29:4;30:8;31:10,15
**Sino- (1)**
28:17
**Sino-Forest (3)**
23:5;28:25;29:21

**sit (1)**
24:12
**smooth (1)**
31:7
**Sodali (1)**
6:19
**solicitation (1)**
6:23
**Solow (3)**
23:15;24:6;31:3
**somewhat (1)**
7:17
**Sontchi (1)**
25:11
**soon (1)**
25:11
**sorry (1)**
16:1
**sought (2)**
24:13;26:20
**sourcing (1)**
13:8
**South (1)**
28:15
**special (1)**
7:6
**specific (1)**
27:19
**specifically (5)**
14:17;16:19;17:13;
18:14;20:8
**split (1)**
26:1
**spoken (1)**
25:3
**staff (2)**
5:13;32:5
**stages (1)**
21:25
**standard (2)**
21:9;22:8
**Star (1)**
21:6
**state (1)**
16:15
**statement (2)**
17:18;22:10
**States (10)**
19:16;23:23;26:1,
7,19,21,23;27:13;
28:20;29:23
**status (3)**
9:25;10:3;27:5
**statutory (1)**
22:2
**steps (1)**
10:13
**stop (2)**
17:4;32:3
**streamlined (1)**
23:11
**strict (1)**
6:13

**structure (1)**
14:25
**subject (1)**
26:16
**submission (2)**
12:6;26:22
**submissions (1)**
22:10
**submit (1)**
8:13
**submitted (5)**
17:6;20:11;21:25;
29:1;30:7
**subsection (1)**
20:15
**subsections (1)**
21:3
**subsequent (1)**
24:16
**Subsequently (1)**
11:19
**subsidiaries (5)**
12:13,14;13:2;
27:21,23
**subsidiary (5)**
16:16;17:19,21;
18:14;26:15
**substantial (8)**
10:16;12:22;13:19;
20:18;22:4;27:7,9;
28:7
**succeed (1)**
29:18
**successful (1)**
6:24
**sufficient (2)**
7:12;26:10
**sufficiently (1)**
21:19
**supplement (1)**
22:13
**supplemented (1)**
21:24
**support (9)**
7:1;12:21;13:5;
15:22;19:12;21:5;
25:17;29:2;31:17
**supports (1)**
22:24
**Supreme (1)**
29:15
**sure (3)**
6:13;10:5,5
**surprisingly (1)**
16:12
**syndicated (1)**
15:4,24;16:8
**systems (1)**
15:15

## T

**tax (1)**

22-10136-mg    Doc 14    Filed 03/14/22    Entered 03/21/22 11:23:42    Main Document
PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS
Pg 42 of 43

March 8, 2022

13:14
**Tbk (2)**
4:3;5:3
**Telecom (1)**
19:24
**term (1)**
21:21
**terms (3)**
7:15;17:11;26:7
**terribly (1)**
10:23
**test (5)**
19:22;26:19;27:7,
9;28:7
**testify (1)**
8:7
**testimony (3)**
8:8,12,16
**thanking (1)**
5:12
**third (1)**
19:9
**third-party (20)**
14:20;18:13;19:4,
7;22:7,15,21,25;
25:23;28:11,16,19;
29:4,6,9,11,14,20;
30:1,4
**thirty-eight (2)**
16:1,2
**thirty-six (1)**
16:2
**thorough (2)**
23:21;24:24
**three (6)**
7:23;8:25;13:1,9,
16;15:2
**three-quarters (1)**
15:17
**thus (2)**
19:22;20:6
**timely (1)**
24:19
**today (7)**
7:15;11:22;17:8;
22:19;31:7,13,18
**today's (3)**
5:23;7:4,11
**told (1)**
13:10
**touch (1)**
22:7
**toward (1)**
7:5
**Tower (1)**
4:5
**Tractors (1)**
22:17
**traded (1)**
13:17
**tranches (2)**
13:16;15:2
**treatment (1)**

17:12
**true (1)**
14:15
**trust (1)**
19:17
**trustees (1)**
26:21
**turn (1)**
23:14
**Turning (3)**
19:11,25;20:20
**two (3)**
7:18;15:6;24:15
**typically (1)**
8:16

## U

**UK (4)**
7:9;27:10;28:14;
29:11
**undeniable (1)**
13:23
**under (26)**
8:8;12:15;14:4,16;
15:13;16:21;18:1,18,
20,25;19:5,15,25;
20:14,20;21:3,15;
22:12,22,25;23:1,3;
25:24;26:1,12;29:22
**undertaken (1)**
6:23
**undrawn (2)**
19:17;26:9
**Uniqlo (1)**
12:19
**United (10)**
19:16;23:23;26:1,
7,19,20,23;27:13;
28:20;29:23
**unless (3)**
23:10,25;29:18
**Unlike (1)**
15:8
**unnecessary (2)**
27:15;28:9
**up (1)**
29:15
**uphold (2)**
22:15,21
**upon (7)**
7:18;9:11;14:11,
14;20:22;22:19;
30:23
**used (1)**
6:15

## V

**value (2)**
15:17;18:11
**various (4)**
21:3,25;23:24;

26:12
**vehicle (1)**
14:19
**vendors (1)**
15:10
**ventures (1)**
12:15
**venue (1)**
19:19
**versus (1)**
28:7
**vertically (1)**
12:15
**view (2)**
21:16;22:14
**viewed (1)**
28:4
**vote (3)**
12:2;15:17;31:17
**voted (3)**
12:3;16:3;31:20
**votes (2)**
23:3,4
**voting (5)**
12:2;15:13,18,25;
16:2

## W

**way (3)**
16:20;24:4;29:15
**website (2)**
6:21;22:2
**welcome (1)**
5:19
**well-established (1)**
29:11
**Whereupon (1)**
32:8
**widely (1)**
22:1
**widespread (1)**
6:25
**wish (1)**
7:17
**wishes (1)**
30:22
**within (3)**
6:11;19:13;20:18
**without (3)**
9:10;23:4,13
**WONG (1)**
4:2
**Word (1)**
31:22
**world (5)**
5:16;12:18,23;
15:15;29:16
**Worldwide (3)**
7:8;10:8;13:4
**written (1)**
8:16

## Y

**year (2)**
9:19;10:13
**years (2)**
13:11;28:13
**York (18)**
13:15;16:10,14,15,
25;19:2,18,21,21;
26:8,9,16,21,22;
27:1,1,3

## Z

**Zoom (3)**
5:20;8:6;31:11

## 0

**018981 (1)**
4:6

## 1

**1 (3)**
4:5;5:23;9:21
**10 (1)**
6:8
**10:44 (1)**
32:8
**100 (1)**
15:23
**109 (1)**
19:15
**109a (3)**
26:2,3;27:4
**11 (1)**
6:3
**12 (1)**
15:16
**15 (18)**
9:20;13:25;16:21;
17:10;20:10;23:3,22;
24:9,14,15;26:3,25;
27:11;28:3;29:22,23;
30:14,22
**1502 (1)**
20:19
**1507 (5)**
14:16,22;22:8;
23:1;25:24
**1507b (1)**
23:8
**1515 (2)**
20:1,3
**1515b1 (1)**
20:6
**1516a (1)**
20:12
**1517 (1)**
20:1
**1517a (1)**

20:14
**1520a (1)**
21:4
**1521 (6)**
14:4,12,22;20:20;
21:16;25:24
**1522 (2)**
21:16,17
**17 (2)**
20:2,5
**17th (1)**
9:19
**19 (1)**
13:1

## 2

**2 (2)**
5:5;23:21
**2002p (1)**
7:5
**2017 (1)**
13:11
**2018 (1)**
8:2
**2020 (1)**
13:11
**2021 (1)**
21:22
**2022 (2)**
17:4;20:5
**22-10136-mg (1)**
5:3
**23 (1)**
26:13
**27 (1)**
17:14

## 3

**3 (3)**
7:21;8:18,25
**30 (1)**
20:2
**31 (3)**
13:1;17:4;32:3
**32 (1)**
21:23
**35 (1)**
21:23
**37 (2)**
6:22;15:20
**3rd (1)**
6:2

## 4

**4 (4)**
7:25;8:19;9:1;
26:13
**47 (1)**
22:18

**PT PAN BROTHERS TBK AND GEOFFREY DAVID SIMMS**

**March 8, 2022**

**5**

**50 (1)**
22:18
**502 (1)**
27:17
**503 (1)**
27:17
**510 (1)**
27:17
**512 (1)**
27:17
**513 (1)**
27:17
**54b (1)**
17:14

**6**

**613 (1)**
27:17
**65 (1)**
18:17
**66 (1)**
18:25
**67 (1)**
19:4
**67a (1)**
17:14

**7**

**71 (2)**
18:17;19:4
**73 (1)**
21:7
**74 (1)**
21:8

**8**

**8 (1)**
4:4
**80 (1)**
23:6
**81 (1)**
23:6
**84 (1)**
23:8
**85 (1)**
15:25

**9**

**91 (1)**
23:8
**92 (1)**
15:24
**95 (1)**
16:1
**95.75 (1)**
16:2